# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-1108**

**September Term, 2016**

**EPA-76FR15608**
**EPA-78FR7138**

**Filed On:** December 23, 2016

United States Sugar Corporation,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------
American Chemistry Council, et al.,
       Intervenors
------------------------------
Consolidated with 11-1124, 11-1134,
11-1142, 11-1145, 11-1159, 11-1165,
11-1172, 11-1174, 11-1181, 13-1086,
13-1087, 13-1091, 13-1092, 13-1096,
13-1097, 13-1098, 13-1099, 13-1100,
13-1103

**No. 11-1141**

**EPA-76FR15554**
**EPA-78FR7488**

American Chemistry Council,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------
American Forest & Paper Association, et al.,
       Intervenors
------------------------------
Consolidated with 11-1182, 11-1207,
11-1208, 13-1105, 13-1107

# United States Court of Appeals

_____

No. 11-1108                                    September Term, 2016

**BEFORE:**    Garland*, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett*, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the petitions of Louisiana Environmental Action Network, Sierra Club, Clean Air Council, Partnership for Policy Integrity, and Environmental Integrity Project for rehearing en banc filed in Nos. 11-1108, et al. and 11-1141, et al., the petition of American Municipal Power, Inc. for rehearing en banc filed in No. 11-1108, et al., and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petitions be denied.

## Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Ken Meadows
Deputy Clerk

*Chief Judge Garland and Circuit Judge Millett did not participate in this matter.